

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MELISSA FRANK, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE NEIMAN MARCUS GROUP, LLC, a Delaware limited liability company; and DOES 1-50,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No. 14-cv-233 (AJS)(GRB)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 16 2014 ★

LONG ISLAND OFFICE

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Melissa Frank ("Plaintiff") and her counsel hereby give NOTICE that Plaintiff, on behalf of herself and all others similarly situated, is voluntarily dismissing this action against Defendant The Neiman Marcus Group, LLC and Does 1-50 without prejudice.

Dated: April 15, 2014

CASE CLOSED.
SO ORDERED.

s/ Arthur D. Spatt
ARTHUR D. SPATT, USDJ
4/16/14

By: /s/ Tina Wolfson
AHDOOT & WOLFSON, PC
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley K. King
1016 Palm Avenue
West Hollywood, CA 90069
(310) 474-9111

LAW OFFICE OF WENDY R. STEIN
Wendy R. Stein
5 Penn Plaza, 23rd Floor
New York, NY 10001
(212) 244-4404

*Attorneys for Plaintiff,
Melissa Frank and the Proposed Class*